```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01086
   JEFF W WEBB
   GINA M WEBB                                  CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-9819      SSN XXX-XX-6774


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/18/08 and confirmed on 03/21/08.

   2.  The case was dismissed after confirmation, 01/16/2009.

   3.  The Debtor paid a total of $   5772.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED VEHIC | 14840.42 | 513.37 | 2537.34 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 1819.34 | 62.18 | 254.47 |
| HOMETOWN CONDO ASSOC | SECURED | .00 | .00 | .00 |
| HOMETOWN CONDO ASSOC | SECURED | 300.00 | .00 | 100.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6811.66 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2384.75 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 548.79 | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN BANK | UNSECURED | 444.29 | .00 | .00 |
| ECMC | UNSECURED | 21389.12 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2458.84 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2597.77 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8364.65 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2631.79 | .00 | .00 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | 4968.29 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                       UNSECURED       NOT FILED            .00           .00
UNITED STUDENT AID FUNDS        UNSECURED        3740.23             .00           .00
UNITED STUDENT AID FUNDS        UNSECURED        8500.00             .00           .00
UNITED STUDENT AID FUNDS        UNSECURED       12196.31             .00           .00
SALLIE MAE GUARANTEE SER        UNSECURED       NOT FILED            .00           .00
UNITED STUDENT AID FUNDS        UNSECURED         307.70             .00           .00
NAPERVILLE INTERNISTS           UNSECURED       NOT FILED            .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16959.76           .00     77344.19          .00       94303.95
PRINCIPAL PAID        2891.81           .00          .00          .00        2891.81
INTEREST PAID          575.55           .00          .00          .00         575.55
TOTAL PAID            3467.36           .00          .00          .00        3467.36
```

The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   3500.00
and was paid $    890.00  direct and $   1969.86  through the plan.

The Trustee received $    334.78 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/12/09            /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 01086 JEFF W WEBB & GINA M WEBB